# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONOVAN THOMPSON

NO. 2024 KW 0373

**JUNE 17, 2024**

---

In Re:    Donovan Thompson, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 09-99-0711.

---

**BEFORE:    GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

   **WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
acted on relator's motion to vacate and set aside judgment. The
motion was filed into the district court records on February 8,
2024.

                    JMG
                    PMc
                    JEW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT